UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST FUND OF
LOCAL UNION #58, IBEW, *et al*,

    Plaintiffs,

v.

    Case No. 05-74300
    Honorable LAWRENCE P. ZATKOFF
    Magistrate Judge DONALD A. SCHEER

MOBLEY ELECTRICAL, INC.,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFFS'
## MOTION FOR DEFAULT JUDGMENT

At a session of said Court, held at the
United States District Courthouse,
Port Huron, Michigan

Presiding: Honorable LAWRENCE P. ZATKOFF
United States District Judge

This matter has come to heard upon plaintiffs' MOTION FOR DEFAULT JUDGMENT (docket item No.5), served upon defendant on February 26, 2006. That motion is dispositive and, pursuant to E.D.Mich.L.R.7.1(d)(1)(B), the defendant was required to file and serve a written response (if the motion is opposed) within 21 days. The defendant has not filed a written response and has not appeared at the scheduled hearing. Consequently, pursuant to E.D.Mich.L.R.7.1(b), plaintiffs' motion is UNOPPOSED and is GRANTED. A judgment shall issue forthwith.

                                              s/Lawrence P. Zatkoff
                                              Honorable LAWRENCE P. ZATKOFF
Dated: April 4, 2006              United States District Judge