UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
APR 17 2006
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

ELECTRICAL WORKERS PENSION TRUST FUND OF
LOCAL UNION #58, IBEW, *et al*,

    Plaintiffs,

v.

MOBLEY ELECTRICAL, INC.,

    Defendant.

Case No. 05-74300
Honorable LAWRENCE P. ZATKOFF
Magistrate Judge DONALD A. SCHEER

/

# JUDGMENT

At a session of said Court, held at the
United States District Courthouse,
Port Huron, Michigan

Presiding: Honorable LAWRENCE P. ZATKOFF
United States District Judge

Pursuant to Fed.R.Civ.P.55(b)(2), it is hereby ADJUDGED that the April 29, 2005 award of the Joint Labor-Management Committee is confirmed. Defendant Mobley Electrical, Inc. shall comply with that award by securing a surety bond in the amount set forth in the schedules provided in Article VIII, Section 6(A) of the Inside Agreement, and shall thereafter remain in compliance with Article VIII, Section 6(B) of that agreement and the terms of this judgment.

Dated: APR 17 2006

Honorable LAWRENCE P. ZATKOFF
United States District Judge